UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL GUTIERREZ and
STEPHANIE CRUZ,

                    Plaintiff,

      v.

EAST HILLS CHRYSLER-PLYMOUTH, INC.
CCAP AUTO LEASE, LTD and
SANTANDER CONSUMER USA
INC. D/B/A CHRYSLER CAPITAL, REAL LEASE
AUTO LEASING & SALES, INC., PLATINUM
AUTO LEASING & SALES f/k/a KJM AUTO SALES
INC. and DOMINICK CRUZ,

                    Defendants.
-----------------------------------------------------------------X
EAST HILLS CHRYSLER-PLYMOUTH, INC

                    Third-Party Plaintiff

      v.

REAL LEASE AUTO LEASING AND SALES, INC.

                    Third-Party Defendant.
-----------------------------------------------------------------X

17-CV-6953 (SJF)(AKT)

**NOTICE OF MOTION FOR DEFAULT**

     **PLEASE TAKE NOTICE** that upon the declaration of Alexys M. Carter dated November 30, 2018 and the exhibits annexed thereto, Third-party Plaintiff, EAST HILLS CHRYSLER-PLYMOUTH, INC. ("EAST HILLS") will move this Court for an Order granting EAST HILLS default judgment against Third-Party Defendants, REAL LEASE AUTO LEASING AND SALES, INC. pursuant to Fed. R. Civ. P. 55, together with such other and further relief as this Court may deem just and proper.

Dated: Albertson, NY
       November 30, 2018

By: /s/ Alexys M. Carter
ALEXYS M. CARTER, ESQ.
AHMUTY, DEMERS & McMANUS, ESQS.
Attorney for Defendant
**EAST HILLS CHRYSLER-PLYMOUTH, INC.**
200 I.U. Willets Rd.
Albertson, NY 11507
Tel: (516) 535- 1840
Fax: (516) 294-5387
Alexys.Carter@admlaw.com
Our File No.: AMT1 0095N18 AJB

TO: REAL LEASE AUTO LEASING AND SALES, INC.
C/O SECRETARY OF STATE OF NEW YORK
ONE COMMERCE PLACE
99 WASHINGTON AVENUE
ALBANY, NY 12231

REAL LEASE AUTO LEASING & SALES INC.
61-02 69TH ST.
MIDDLE VILLAGE, NEW YORK, 11379

KAKALEC & SCHLANGER, LLP
Attorneys for Plaintiffs
MICHAEL GUTIERREZ &
STEPHANIE CRUZ
85 Broad Street, 18th Floor
New York, New York 10004

LECLAIR RYAN
Attorneys for Defendants
SANTANDER CONSUMER USA
INC and CCAP AUTO LEASE, LTD.
885 Third Avenue
New York, New York 10022

2