# EXHIBIT "G"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL GUTIERREZ and
STEPHANIE CRUZ,

        17-CV-6953 (SJF)(AKT)

      Plaintiff,

        **DEFAULT JUDGMENT**

  v.

EAST HILLS CHRYSLER-PLYMOUTH, INC.
CCAP AUTO LEASE, LTD and
SANTANDER CONSUMER USA
INC. D/B/A CHRYSLER CAPITAL, REAL LEASE
AUTO LEASING & SALES, INC., PLATINUM
AUTO LEASING & SALES f/k/a KJM AUTO SALES
INC. and DOMINICK CRUZ,

      Defendants.
----------------------------------------------------------------X
EAST HILLS CHRYSLER-PLYMOUTH, INC

      Third-Party Plaintiff

  v.

REAL LEASE AUTO LEASING AND SALES, INC.

      Third-Party Defendant.
----------------------------------------------------------------X

    This third-party action having been commenced on February 9, 2018 by filing of a third-party Summons and Complaint, and: 1) a copy of the Summons and Complaint having been served on the third-party defendant, REAL LEASE AUTO LEASING AND SALES, INC. on the Secretary of State of New York, and a proof of service showing that the service was effectuated on February 25, 2018 and filed on March 6, 2018 with the Court, and said third-party defendant not having answered the Complaint, and the time for answering the Complaint having expired; it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against third-party defendants:

a. This Defendant/Third-Party Plaintiff was damaged due to the negligence, fraud, and/or culpable conduct or want of care, other than the fraud, negligence or want of care on the part of Plaintiffs;

b. This Defendant/Third-Party Plaintiff was damaged as a result of the acts or omissions of the third-party defendant;

Dated: Central Islip, NY
_____, 2018

_____
U.S.D.J.

This document was entered on the docket on

_____.