# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GUTIERREZ and STEPHANIE CRUZ,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>EAST HILLS CHRSYLER-PLYMOUTH, INC.; CCAP AUTO LEASE, LTD.; SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL; REAL LEASE AUTO LEASING & SALES INC.; PLATINUM AUTO LEASING & SALES INC f/k/a KJM AUTO SALES INC.; and DOMINICK CRUZ,<br><br>      *Defendants*. | Case No. 2:17-cv-6953 (SJF) (AKT)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on July 26, 2019, I electronically filed the foregoing Motion for Default Judgment as to Liability Pursuant to Fed. R. Civ. P. 55(b) and Application for In-Person Inquest, and all supporting documents and exhibits thereto, with the Clerk of the District Court, Eastern District of New York, using its CM/ECF system, which in turn then electronically notified all CM/ECF participants in this case.

  I further certify that I have on this date served a copy of the foregoing Motion for Default Judgment as to Liability Pursuant to Fed. R. Civ. P. 55(b) and Application for In-Person Inquest, and all supporting documents and exhibits thereto, by causing a true and correct copy of the same to be deposited in a postpaid envelope with the United States Postal Service addressed to the following parties unable to receive electronic notice:

    REAL LEASE AUTO LEASING & SALES, INC.
    61-02 69TH ST.
    MIDDLE VILLAGE, NY 11379

    DOMINICK [CRUZ] MARTINEZ and
    C/o PLATINUM AUTO LEASING & SALES INC
    65-60 MYRTLE AVENUE
    GLENDALE, NY 11385

    PLATINUM AUTO LEASING & SALES INC
    65-60 MYRTLE AVENUE
    GLENDALE, NY 11385

                                                  */s/ Evan S. Rothfarb*
                                                  Evan S. Rothfarb
                                                  SCHLANGER LAW GROUP, LLP
                                                  9 East 40th Street, Suite 1300
                                                  New York, NY 10016
                                                  Tel: (212) 500-6114
                                                  Fax: (646) 612-7996
                                                  erothfarb@consumerprotection.net
                                                  *Attorneys for Plaintiffs*